IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CASON LEE HENDERSON                                                                                      PLAINTIFF

V.                                              CASE NO. 1:12-CV-01005

STEVEN GREIVER; JOSHUA
GRAVES; and NICOLE CARTER                                                                        DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed July 18, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends dismissing Plaintiff's complaint without prejudice because of Plaintiff's failure to comply with the Court's orders. No one has objected to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) in its entirety. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 9th day of August, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge